### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

JOHN LOGAN SHARP, on behalf
of himself and all others
similarly situated,

        Plaintiff,

v.                             Civil No. 18-2072-SHM

TERMINIX INTERNATIONAL, INC.,
et al.,

        Defendants.

# JUDGMENT

      Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that, in accordance with the Order docketed July 20, 2018, this action is dismissed without prejudice to the parties' right to re-open it for entry of an arbitration award or for any other relief for which the parties may be entitled.

**APPROVED:**


  *s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


  *July 20, 2018*
DATE

THOMAS M. GOULD
CLERK

  *s/  Zandra Frazier*
(By) DEPUTY CLERK